IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIANA SKUCIUS, )
) 2:09-cv-00159-GEB-KJM
        Plaintiff, )
) <u>ORDER RE: SETTLEMENT</u>
    v. ) <u>AND DISPOSITION</u>
)
NCO FINANCIAL SYSTEMS, INC., )
)
        Defendant. )

        On April 22, 2009, Defendant filed a Notice of Settlement in which it states this case has been settled and that parties request deadline be set for filing a dispositional document "on or after May 18, 2009. Therefore, a dispositional document shall be filed no later than May 22, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The status conference scheduled for April 27, 2009, is reset for hearing at 9:00 a.m. on June 1, 2009, in the event that no dispositional document is filed, or if this action is not

1

otherwise dismissed.  Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated: April 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar since the mere representation that an action has settled does not justify discontinuance of the court's Rule 16 scheduling obligations. <u>Cf. Callie v. Near</u>, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).