IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIANA SKUCIUS,  )
)  2:09-cv-00159-GEB-KJM
           Plaintiff, )
)  ORDER OF DISMISSAL
        v.  )
)
NCO FINANCIAL SYSTEMS, INC.,  )
)
           Defendant. )
)

On April 24, 2009, an Order issued granting the parties until May 22, 2009, to file a dispositional document since parties represented in a Notice of Settlement filed April 22, 2009, that this action had settled. The April 24 Order further stated: "[f]ailure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed." Since no dispositional or other document has been filed, it is assumed

1

reason does not exist for this action to continue pending.  Therefore, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 28, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge